**Order filed March 31, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00080-CV
_____

### JAMES DIXON AND CHERYL DIXON, Appellants

### V.

### JIA LU, Appellee

**On Appeal from County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-066444**

## O R D E R

Appellants' brief was due March 16, 2020. No brief or motion to extend time has been filed. Unless appellants file a brief or motion to extend time with this court on or before **April 15, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.